UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALYCIA CLARK as Personal Representative of the Estate of PAUL FRANCIS ARSENEAU,<br><br>    Plaintiff,<br><br>v.<br><br>MONUMENTAL LIFE INSURANCE GROUP,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 06-115-B-W<br>)<br>)<br>)<br>)<br>) |

ORDER ACCEPTING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed December 5, 2006 the Recommended Decision is accepted.

Accordingly, it is ORDERED that defendant's motion to dismiss counts two and three of the plaintiff's complaint is DENIED.

/s/John A. Woodcock, Jr.
United States District Judge

Dated this 26th day of December, 2006.